IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STATE FARM MUTUAL AUTOMOBILE )    Case No. 2:11-CV-02449-GEB-CKD
  INSURANCE COMPANY,                )
                                    )
                     Plaintiff,     )    ORDER APPROVING STIPULATION TO
                                    )    CONTINUE STATUS (PRETRIAL
          v.                        )    SCHEDULING) CONFERENCE
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                     Defendant.     )
                                    )

　　　　Pursuant to the stipulation of the parties filed herein on November 23, 2011, the status

(pretrial scheduling) conference currently set for December 12, 2011, shall be continued for 60 days,

to February 27, 2012, at 9:00 a.m., before the undersigned District Judge, in Courtroom 10 of the

above-entitled court.  The parties shall file a Joint Status Report with the court not later than fourteen

(14) days prior to the scheduling conference in accordance with the September 16, 2011 Order

Setting Status (Pretrial Scheduling) Conference, Doc. #4.

　　　　IT IS SO ORDERED.

Dated:  November 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge