IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) ) ) | 2:11-cv-02449-GEB-CKD |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RE: SETTLEMENT AND DISPOSITION |
| United States of America, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant filed a "Notice of Settlement" on December 22, 2011, in which it states, "the parties to the above-referenced civil action have reached a settlement in principle[, and t]he dispositional papers will be field with the Court within twenty-one (21) days[.]" (ECF No. 8.)

Therefore, a dispositional document shall be filed no later than January 12, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on February 27, 2012, will remain on calendar, in the event no dispositional document is filed, or if this action is not otherwise

1 | dismissed.[1] A joint status report shall be filed fourteen (14) days prior
2 | to the Status Conference.
3 |     IT IS SO ORDERED.
4 | Dated:   December 27, 2011

```
                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
```

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).