IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

State Farm Mutual Automobile
Insurance Company,       )
                          )    2:11-cv-02449-GEB-CKD
                          )
          Plaintiff,      )
                          )    ORDER RE: SETTLEMENT AND
     v.                   )    DISPOSITION
                          )
United States of America, )
                          )
          Defendant.      )
_____ )

          Defendant filed a "Notice of Settlement" on December 22, 2011, in which it states, "the parties to the above-referenced civil action have reached a settlement in principle[, and t]he dispositional papers will be field with the Court within twenty-one (21) days[.]" (ECF No. 8.)

          Therefore, a dispositional document shall be filed no later than January 12, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

          Further, the Status Conference scheduled for hearing on February 27, 2012, will remain on calendar, in the event no dispositional document is filed, or if this action is not otherwise

1  dismissed.[1] A joint status report shall be filed fourteen (14) days prior
2  to the Status Conference.

3           IT IS SO ORDERED.

4  Dated:  December 27, 2011

6                              _____
                               GARLAND E. BURRELL, JR.
7                              United States District Judge

---

26        [1]    The Status Conference will remain on calendar, because the
   mere representation that a case has been settled does not justify
27 vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890
   (9th Cir. 1987) (indicating that a representation that claims have been
28 settled does not necessarily establish the existence of a binding
   settlement agreement).